UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Denise Paolini

Case No.: 17-33220/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __March 6, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
317 Mimosa Place*
Cherry Hill, NJ
FMV - $245,000.00
*Debtor only has a 50% interest in the property

Liens on property:    Bank of America - $220,444.31

Amount of equity claimed as exempt:  $23,000.00

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                    Case No.:    __17-33220/ABA__

Denise Paolini                                            Chapter:     ____7____

                                                          Judge:       ____ABA____

**NOTICE OF PROPOSED ABANDONMENT**

____JOSEPH D. MARCHAND____, ____TRUSTEE____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __March 6, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Timeshare:
Marriot Vacation Club
Orlando, FL
FMV - $13,500.00 |
|---|---|

| Liens on property: | Marriot Vacation Club - $12,336.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:       117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Denise Ann Paolini  
    Debtor

Case No. 17-33220-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 07, 2018  
                  Form ID: pdf905     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.

```
db            Denise Ann Paolini,    317 Mimosa Pl,    Cherry Hill, NJ  08003-1338
517180986     Ars Account Resolution,    1643 NW 136th Ave Ste 1,    Sunrise, FL  33323-2857
517180988    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bk of Amer,     PO Box 982238,     El Paso, TX  79998-2238)
517194950    +BANK OF AMERICA, N.A.,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
               Westmont, NJ 08108-2812
517180987     Bank of America,    PO Box 5170,    Simi Valley, CA  93062-5170
517180990    +Collection Bureau of A,    25954 Eden Landing Rd,    Hayward, CA 94545-3837
517181532     Michael Paolini,    317 Mimosa Pl,    Cherry Hill, NJ 08003-1338
517180996     Pro Co,    PO Box 2462,    Aston, PA  19014-0462
517180998     Virtua Health,    PO Box 8500-8267,    Philadelphia, PA  19178-8500
517180992     jefferson health physicians,    111 S 11th St,    Philadelphia, PA  19107-4824
517180997     recon ortho assoc IIPC,    PO Box 757910,    Philadelphia, PA  19175-7910
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2018 22:56:45     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2018 22:56:42     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517180989     E-mail/Text: bankruptcy@cavps.com Feb 07 2018 22:57:02     Cavalry Portfolio Serv,
               PO Box 27288,   Tempe, AZ  85285-7288
517180991     E-mail/Text: mrdiscen@discover.com Feb 07 2018 22:55:57     Discover Fin Svcs LLC,
               PO Box 15316,   Wilmington, DE  19850-5316
517180993    +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 07 2018 22:56:03     Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517180994     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2018 22:53:26     Lvnv Funding LLC,
               PO Box 10497,   Greenville, SC  29603-0497
517180995     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2018 22:59:00
               Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA  23502-4952
517182250    +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 22:53:17     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:

```
          Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Mark S Cherry    on behalf of Debtor Denise Ann  Paolini mc@markcherrylaw.com,
           dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```